# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIEN NGOC DO,<br><br>                Petitioner,<br><br>v.<br><br>BRUCE SCOTT, *et al.*,<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:25-cv-02187-RSL |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner against Respondents.

DATED this 5th day of December, 2025.

                                      RAVI SUBRAMANIAN,
                                      Clerk of the Court

                                      By:   */s/ Victoria Ericksen*
                                                  Deputy Clerk